FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. _____

ROBIN DAVIS                                              PLAINTIFF

v.                    **NOTICE OF REMOVAL**

KENTUCKY COMMUNITY AND TECHNICAL
COLLEGE SYSTEM
d/b/a
BLUEGRASS COMMUNITY AND TEHCNICAL
COLLEGE                                          DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1331, 1367, and 1441, Defendant Kentucky Community and Technical College System d/b/a Bluegrass Community and Technical College hereby removes this action from Fayette Circuit Court to the United States District Court for the Eastern District of Kentucky. In support of this Notice of Removal, Defendant avers as follows:

**Relevant Procedural History and Allegations of Plaintiff's Complaint**

1. Plaintiff Robin Davis filed this action in Fayette Circuit Court on August 8, 2017. To date, proper service of process has not yet been effected. *See* Action No. 17 CI-02877.

2. Plaintiff's Complaint alleges violations of and seeks redress under both state and federal law. The alleged federal law violations and redress is based on the Americans with Disabilities Act (ADA) and Family Medical Leave Act (FMLA). *See* 42 U.S.C. §§ 12101 *et seq*. (ADA); 29 U.S.C. §§ 2601 *et seq*.

## Grounds for Removal

3. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of all civil actions "arising under the Constitution, laws, or treaties of the United States."

5. Plaintiff's Complaint alleging violations of and seeking redress based on the ADA and FMLA arises under the laws of the United States to come within this Court's Section 1331 original jurisdiction and therefore subject to removal under Section 1441.

6. Pursuant to 28 U.S.C. § 1367(a), in any civil action in which this Court has original jurisdiction, this Court may further exercise "supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

7. All other claims alleged by Plaintiff's Complaint for violations of and redress under state law are so related to the federal law claims within this Court's original jurisdiction to be subject to this Court's Section 1367 supplemental jurisdiction.

## Compliance with Removal Procedures

8. Plaintiff's Complaint having been filed on August 8, 2011 and service having not yet been properly effected, removal is at least within 30 days of the receipt of the pleading, through service or otherwise, to be timely as required by 28 U.S.C. § 1446(b).

9. True and correct copies of all process, pleadings, and orders served upon the Defendant in this action while pending in Fayette Circuit Court are filed together with and attached as Exhibit A to this Notice of Removal as required by 28 U.S.C. § 1446(a).

10. Promptly upon filing this Notice of Removal, Defendant will give written notice to Plaintiff by service on counsel and will file a copy of this Notice with the Fayette Circuit Court clerk as required by 28 U.S.C. § 1446(d).

11. Removal has been made to the proper district and division within which this action in Fayette Circuit Court was pending as required by 28 U.S.C. §§ 1441(a) and 1446(a). *See* Local Rule 3.1(a)(2)(B).

**Non-Waiver of Defenses**

12. By removing this action from Fayette Circuit Court, Defendant waives no defenses available to it and admits no allegations of Plaintiff's Complaint; rather, Defendant will proceed to answer or otherwise respond to Plaintiff's Complaint in accordance with Federal Rule of Civil Procedure 81(c).

WHEREFORE, Defendant prays that this action proceed in this Court as an action properly removed thereto.

Respectfully submitted,

/s/*Derrick T. Wright*_____
BRYAN H. BEAUMAN
DERRICK T. WRIGHT
STURGILL, TURNER, BARKER
& MOLONEY, PLLC
333 W. Vine Street, Suite 1500
Lexington, KY 40507
(859) 255-8581
ATTORNEYS FOR DEFENDANT,
KENTUCKY COMMUNITY AND TECHNICAL
COLLEGE SYSTEM d/b/a BLUEGRASS COMMUNITY
AND TECHNICAL COLLEGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2017, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF and served by U.S. mail upon the following:

Robyn Smith                                              robyn@amkylaw.com
Abney & McCarty, PLLC
2950 Breckenridge Lane, Suite 13
Louisville, KY  40220
ATTORNEY FOR PLAINTIFFS


/s/*Derrick T. Wright*_____
ATTORNEY FOR DEFENDANT

x:\wdox\clients\64808\0011\pleading\00859021.docx