**FILED ELECTRONICALLY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-cv-00344-KKC

ROBIN DAVIS                                                                                          PLAINTIFF

v.

KENTUCKY COMMUNITY AND TECHNICAL
COLLEGE SYSTEM
d/b/a
BLUEGRASS COMMUNITY AND TEHCNICAL
COLLEGE                                                                                              DEFENDANT

---

**PARTIAL MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) and (6)
BY DEFENDANT
KENTUCKY COMMUNITY AND TECHNICAL COLLEGE SYSTEM d/b/a
BLUEGRASS COMMUNITY AND TECHNICAL COLLEGE**

---

COMES NOW Defendant Kentucky Community and Technical College System (KCTCS or System) d/b/a Bluegrass Community and Technical College ("BCTC"), by and through counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), and moves this Court to dismiss the claims asserted against it in part. In support of said motion, Defendant's Memorandum of Law is simultaneously filed and a proposed Order is tendered herewith.

                          Respectfully submitted,

                          /s/*Derrick T. Wright*_____
                          BRYAN H. BEAUMAN
                          DERRICK T. WRIGHT
                          STURGILL, TURNER, BARKER
                          & MOLONEY, PLLC
                          333 W. Vine Street, Suite 1500
                          Lexington, KY 40507
                          (859) 255-8581
                          ATTORNEYS FOR DEFENDANT,
                          KENTUCKY COMMUNITY AND TECHNICAL
                          COLLEGE SYSTEM d/b/a BLUEGRASS COMMUNITY
                          AND TECHNICAL COLLEGE

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and served all counsel of record via the CM/ECF system:

                                    /s/*Derrick T. Wright*_____
                                    COUNSEL FOR DEFENDANT

x:\wdox\clients\64808\0011\pleading\00865270.docx